IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARLAN THIES,**

**Plaintiff,**

v.

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**

**Defendant.**                                    Case No. 08-cv-840-DRH

### ORDER

**HERNDON, Chief Judge:**

On November 26, 2008, plaintiff Arlan Thies filed this action against the Commissioner of Social Security (Doc. 2). Specifically, Plaintiff sought judicial review of the findings and determinations of the Commissioner's finding that Plaintiff is not disabled and thus not entitled to receive Disability Insurance Benefits, pursuant to **42 U.S.C. § 423**. On February 24, 2010, pursuant to **28 U.S.C. § 636(b)(1)(B)**, United States Magistrate Judge Donald Wilkerson submitted a Report and Recommendation ("R&R") (Doc. 20), recommending that the Court reverse the Commissioner's final decision and remand the matter to the Commissioner for a rehearing to re-evaluate Plaintiff's claim for Disability Insurance Benefits, in accordance with the rationale set forth in the R&R, citing **42 U.S.C. § 405(g)**.[1]

---

[1] Although the R&R did not expressly recommend a rehearing, it is implied by the R&R's recommendation that the ALJ pose a new hypothetical, finding the original hypothetical to be fundamentally flawed (*see* Doc. 20, p. 32).

The R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within fourteen (14) days of service. To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Thus, the Court **ADOPTS** the R&R (Doc. 20) in its entirety. The decision of the Commissioner finding Plaintiff was not disabled and therefore not entitled to receive Disability Insurance Benefits is, pursuant to sentence four of **42 U.S.C. § 405(g)**, hereby **REVERSED** and **REMANDED** back to the agency for a rehearing and reconsideration of the evidence, consistent with the issues addressed in the R&R.

**IT IS SO ORDERED.**

Signed this 16th day of March, 2010.

/s/  *David R. Herndon*
**Chief Judge**
**United States District Court**